# Court of Appeals
# of the State of Georgia

ATLANTA, December 17, 2015

*The Court of Appeals hereby passes the following order*

**A16D0144. CHRISTOPHER BARNES et al. v. JOEY LORANC d/b/a CENTRAL TEXAS CONSTRUCTION.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14VS002783



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta, December 17, 2015.*

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*